1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BEETHOVEN "BOBBY" QUINTO, an individuial,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POWER CONVERSION CORPORATION, a Massachusetts Corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: SACV 11-1471 CJC (ANx)<br><br>ORDER GRANTING STIPULATED DISMISSAL<br><br>Judge:   Cormac J. Carney<br>Magistrate Judge:  Arthur Nakazato<br>Complaint Filed:  August 18, 2012<br>Trial Date:   November 13, 2012<br>Pre-Trial Conf.:   November 5, 2012<br>Discovery Cut-Off: August 3, 2012 |

The Court, having considered the parties Stipulated Dismissal, and finding good cause for such order, hereby orders as follows:

/ / /

/ / /

/ / /

ORDER GRANTING STIPULATED DISMISSAL

14789105v.1

1
2     The request that this action be dismissed in its entirety with prejudice is
3 GRANTED.
4
5     IT IS SO ORDERED.
6
7
8 DATED: _August 28, 2012
9
10     By _____
11         THE HONORABLE CORMAC J. CARNEY
        UNITED STATES DISTRICT COURT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28