1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA  – SOUTHERN DIVISION

11

| | |
|---|---|
| 12  BEETHOVEN "BOBBY" QUINTO, an individuial, | Case No.: SACV 11-1471 CJC (ANx) |
| 13 | ORDER GRANTING STIPULATED DISMISSAL |
| Plaintiff, | |
| 14 | |
| 15  v. | Judge:            Cormac J. Carney<br>Magistrate Judge:  Arthur Nakazato |
| 16  AMERICAN POWER CONVERSION | Complaint Filed:  August 18, 2012<br>Trial Date:        November 13, 2012 |
| 17  CORPORATION, a Massachusetts Corporation; and DOES 1 to 50, | Pre-Trial Conf.:   November 5, 2012<br>Discovery Cut-Off: August 3, 2012 |
| 18  inclusive, | |
| 19  Defendants. | |

20
21
22          The Court, having considered the parties Stipulated Dismissal, and finding
23   good cause for such order, hereby orders as follows:
24
25   / / /
26   / / /
27   / / /
28

14789105v.1

1

2       The request that this action be dismissed in its entirety with prejudice is

3 GRANTED.

4

5       IT IS SO ORDERED.

6

7

8 DATED: _August 28, 2012

9

10     By_____

11        THE HONORABLE CORMAC J. CARNEY
       UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

ORDER GRANTING STIPULATED DISMISSAL

14789105v.1